No. 680, Misc. RUCKER v. JOHNSON, CLERK OF DISTRICT COURT. C. A. 6th Cir. Certiorari denied.

No. 685, Misc. STILTNER v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 688, Misc. STORCH v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 692, Misc. HILLIARD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Bernard A. Golding* for petitioner.

No. 697, Misc. TUGGLE v. BROWN, SECRETARY OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Acting Assistant Attorney General Doolittle* and *David L. Rose* for respondent.

No. 700, Misc. PORTER v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 702, Misc. TITUS v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 706, Misc. DANA v. TRACY, SHERIFF. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. George C. West,* Deputy Attorney General of Maine, for respondent.

No. 709, Misc. ELLIOTT v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.